AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

ADJABENG HAYFORD )
)
)
*Petitioner* )
v. ) Case No. **CV525 048**
US DEPARTMENT OF HOMELAND SECURITY (DHS) ) *(Supplied by Clerk of Court)*
AND IMMIGRATION AND CUSTOMS )
ENFORCEMENT(ICE) )
)

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ADJABENG HAYFORD
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FOLKSTON ICE PROCESSING CENTER, GA 31537
   (b) Address: P.O.BOX 248 FOLKSTON, GA 31357
   
   3026 HIGHWAY 252 EAST FOLKSTON, GA 31537
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you:
       
       (b) Docket number of criminal case:
       (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*: US DEPARTMENT OF HOMELAND SECURITY ILLIGALLY TERMINATED MY STATUS 2/09/2024 AND MY DECISION LETTER FOR DENNYING MY I-175 TO REMOVE CONDITION ON MY GREEN CARD WAS 2/14/2024. MY NTA SAYS ABANDONMENT.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☑ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other *(explain)*: I HAVE A PENDING CHARGE IN THE STATE OF SOUTH CAROLINA THAT HAS BEEN PENDING FOR 5 YEARS AND THE CASE STOPPED ON GOING SINCE 2022.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: STEWART IMMIGRATION COURT, 146 CCA ROAD LUMPKIN, GA 31815.
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   I HAVE BEEN DENAID BOND OR RELEASE BECAUSE OF A SELF DEFENCE CHARGE IN THE STATE OF SOUTH CAROLINA THAT HAS BEEN ON PENDING FOR 5 YEARS AND STOPPED ON GOING SINCE 2022 WITH NO DOCKET.
   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes  ☑ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:

      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:









   (b) If you answered "No," explain why you did not appeal: BECAUSE COUNSEL ADVISED ME NOT TO DO THAT AND IF I DECIDE TO, I WILL HAVE TO PAY EXTRA FEES WHICH I CANT AFFORD.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes  ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal: **BECAUSE I DONT HAVE THE FINANCIAL MEANS.**

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes     ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☑ Yes     ☐ No

    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes   ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 10/03/2024
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I HAVE BEEN DETAINED FOR 8 MONTHS BECAUSE OF A SELF DEFENCE CHARGE IN THE STATE OF SOUTH CAROLINA THAT HAS BEEN PENDING FOR 5 YEARS AND AND STOPPED ON GOING SINCE 2022 WITH NO DOCKET. MY NTA DOESNT SAY ANYTHING ABOUT MY CHARGE BUT THE IMMIGRATION COURT IS USING A CHARGE DENNY ME BOND.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
IMMIGRATION COURT HAS NO SUBJECT MATTER JURIDICTION USING A STATE CHARGE THAT HAS NOT BEEN AJUDICATED BY GRAND JURY TO DENNY PETITIONER BOND.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
THE STATE OF SOUTH CAROLINA GRANTED ME A BOND THE FOLLOWING MORNING FOR THE SAME CHARGE AND I BOND OUT AFTER 30 DAYS IN JAIL.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:**
A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I AM 41 YEARS OLD WITH NO CRIMINAL HISTORY OR CONVICTIONS, I AM CERTIFIED WELDER WITH A WIFE AND A SON THAT NEEDS ME. I AM RESPOSIBLE FOR THE CARE OF MY SICK MUM AND SIBLINS IN AFRICA.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND FOUR:** ABUSE OF POWER.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
IMMIGRATION COURT DENAID ME BOND STATETING THAT I AM NOT A FLIGHT RISK, NEITHER A A DANGER TO THE SOCIATY BUT SEVERERITY OF A CHARGE THAT HAS NOT BEEN AJUDICATED BY A GRAND JURY IN THE STATE OF SOUTH CAROLINA AND HAS BEEN PENDING FOR 5 YEARS, A CASE THAT HAS NO DOCKET AND STOPPED ON GOING 3 YEARS AGO.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: I AM ASKING THE HONORABLE COURT TO GRANT ME RELIEF FOR MY RELEASE OR BOND SO I CAN GET BACK HOME TO MY NORMAL TO MY KIDS AND FAMILY THANK YOU.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 05/23/2025

ADJABENG HAYFORD
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and       copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

# UNITED STATES POSTAL SERVICE | PRIORITY MAIL

INSPECTED BY MAY 30 2025

ed delivery date specified for domestic use.

ic shipments include $100 of insurance (restrictions apply).

racking® service included for domestic and many international destinations.

international insurance.**

sed internationally, a customs declaration form is required.

oes not cover certain items. For details regarding claims exclusions see the ail Manual at http://pe.usps.com.

ational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE** ■ ANY WEIGHT

■ TRACKED ■ INSURED



EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PAPER POUCH

---

P  US POSTAGE IMI  868350527112023  2000392316
$10.10
SSK
PM

05/27/25   Mailed from 29483   028W2311268

## PRIORITY MAIL®

HAYFORD ADJABENG  A0635602334
PO BOX 248
FOLKSTON GA 31537-0248

3.00 oz

RDC 03

EXPECTED DELIVERY DAY: 05/30/25

B005

SHIP TO:



CLERK OF US DISTRICT COURT
PO BOX 8286
SAVANNAH GA 31412-8286

### USPS TRACKING® NUMBER



9505 5066 2226 5147 3944 36

