# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

ADJABENG HAYFORD,

       Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

       Respondent.

5:25-cv-48

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss Petitioner Adjabeng Hayford's ("Hayford") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 25. Hayford has filed Objections to the Report and Recommendation. Dkt. No. 26.

In his Objections, Hayford again seeks to lodge challenges against his state court charges and proceedings. Hayford does not, however, make any challenge to the Magistrate Judge's determination that this Court lacks jurisdiction to review the immigration judge's discretionary determination to deny Hayford bond. Id.

Thus, after an independent and de novo review of the entire record before the Magistrate Judge, the Court **OVERRULES** Hayford's Objections and **CONCURS WITH** and **ADOPTS** the Magistrate Judge's

Report and Recommendation as the opinion of the Court.  I **GRANT** Respondent's Motion to Dismiss, **DISMISS** Hayford's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, as amended, and **DENY as moot** Hayford's Motions.  Dkt. Nos. 1, 3, 8, 10, 12, 13, 15, 19, 20.  I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Hayford leave to appeal *in forma pauperis.*

    **SO ORDERED,** this ___16___ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2